IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| EILEEN A. BOWER, | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:11-cv-00931-FM |
| v. | : | |
| | : | |
| LAWRENCE COUNTY CHILDREN | : | Electronically Filed |
| AND YOUTH SERVICES; EVA | : | |
| LIGHTEL, Lawrence County Children | : | |
| and Youth Services Caseworker; and | : | |
| JAMESON HEALTH SYSTEMS. | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

I. **IDENTIFICATION OF DOCUMENTS AND EXHIBITS**

a. Expert Report – Matthew Krasowski, M.D., Ph.D.;

b. Curriculum Vitae Matthew Krasowski, M.D., Ph.D.;

c. Expert Report – Chip Walls, M.D.;

d. Curriculum Vitae – Chip Walls, M.D.;

e. Expert Report – Alan Yeasted, M.D.;

f. Curriculum Vitae – Alan Yeasted, M.D.;

g. Receipt from Wal-Mart dated July 12, 2009;

h. Jameson Hospital drug screening report of Plaintiff and newborn child;

i. Jameson Hospital Maternity Care Manual, Maternal and Newborn Drug testing;

j. Jameson Hospital Quality Management Services, Social Service Division, Mandatory Reporting by Hospital Staff;

k. Medical Records of newborn;

l. Medical Records of Plaintiff;

m. Human Service Center ("HSC") records pertaining to Eileen Bower;

n. Cray Youth and Family Services, Inc. records pertaining to Eileen Bower;

o. Women Shelter records pertaining to Eileen Bower;

p. Medical Records from Lawrence County Chiropractic;;

q. Intake screen form for the case involving plaintiff and plaintiff's newborn child dated July 14, 2009;

r. LCCYS- Office of Children, Youth and Families bulletin;

s. Data sheets for plaintiff and plaintiff's children.

t. Risk Assessment form for the newborn child of plaintiff dated July 16, 2009;

u. Master Report dated July 13, 2009;

v. Request for Services dated July 16, 2009 regarding plaintiff's newborn child;

w. Family Service Plan dated August 13, 2009;

x. Transcribed dictation of LCCYS employee Meghan McConnahy regarding plaintiff and newborn child.

y. Various correspondence from LCCYS to plaintiff with regard to placement of plaintiff's newborn child.

z. Court records at No. 65 of 2009 in the Court of Common Pleas of Lawrence county In the Interest of: Brandon Brothers, II.

aa. Time limited family reunification referral form dated August 13, 2009.

bb. Monthly contact and safety assessment/progress reports of family pathways.

cc. Highland house outpatient services document regarding plaintiff.

dd. Statements of family resources form regarding plaintiff dated July 16, 2009

ee. Safety Assessment Worksheet for plaintiff and plaintiff's newborn child dated July 30, 2009.

ff. Jameson drug screen report for plaintiff and newborn.

gg. Quest Diagnostics Clinical Laboratory Report for plaintiff dated July 15, 2009.

hh. Typewritten notes of Eva Lightel regarding involvement with plaintiff and plaintiff's newborn child.

ii. Child Placement Record regarding plaintiff's newborn child.

jj. Application Form for Child Welfare TANF Services (CY-887) dated July 16, 2009.

kk. Client Information Form for plaintiff and plaintiff's newborn dated July 16, 2009.

ll. Newspaper articles and television reports regarding plaintiff and plaintiff's newborn child.

mm. Deposition transcript of Frank Merlino;

nn. Deposition transcript of Alicia Craig;

oo. Deposition transcript of Terry Perkins;

pp. Deposition transcript of Eva Lightel;

qq. Deposition transcript of Sandy Copper;

rr. Deposition transcript of Lisa Matteo;

ss. Deposition transcript of Meghan McConnahy;

tt. Deposition transcript of Kristine Fronius;

uu. Deposition transcript of Eileen Bower;

ww. Deposition transcript of Matthew Krasowski, M.D.;

xx. Deposition transcript of Debra Perretta;

yy. Deposition transcript of Madeline Melidona;

zz. Deposition transcript of Barbara Smolnik.

APPENDIX "A"