IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN A. BOWER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:11-cv-00931-FM |
| v. | : | |
| LAWRENCE COUNTY CHILDREN AND YOUTH SERVICES; EVA LIGHTEL, Lawrence County Children and Youth Services Caseworker; and JAMESON HEALTH SYSTEMS. | : | Electronically Filed |
| Defendants. | : | JURY TRIAL DEMANDED |

I. **ANTICIPATED WITNESSES**

   i. *LIABILITY*

   1. Dr. Rifatt Bassaly, MD – 1 West Washington Street, Old Post Complex, New Castle, Pennsylvania 16101;

   2. Roberto Bendoni, M.D. – 2602 Wilmington Road, New Castle, Pennsylvania 16101;

   3. Jodine Rossi, RN – 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

   4. Dr. Anthonhy Elisco, Jr. - 2623 Wilmington Rd Suite, New Castle, PA 16105 – 724 658-7790;

   5. Barb Smolnik, SW - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

   6. Aliscia Mickley, RN – 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001; Kristine Fronius Jameson Memorial Hospital, New Castle, Pa.

7. Janet Agnew, Midwife, 350 Sharon-New Castle Road, Farrell, PA 16121 – (724)-981-8070

8. Ruth Vettri, RN - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

9. Amy Reiter - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

10. Lesley Ross, RN - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

11. Kelly Palumbo, MD – 1906 Wilmington Road, New Castle, Pa. 16101 – (724) 654-3222;

12. Amelia Mamaril, MD – 3315 Wilmington Road, New Castle, Pennsylvania 16101 – (724) 658-5437;

13. Lisa Matteo - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

14. Frank Melidona - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

15. Eva Lightel - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

16. Sandy Copper - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

17. Debra Peretta - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

18. Jan Peterson - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

19. Lisa Matteo - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

20. Alicia Craig – Human Service Center, 130 West North Street, New Castle, Pennsylvania 16101- (724) 658-3578;

21. Representative from Walmart Cash Office – 2501 West State Street, No. A, New Castle, Pa. 16101 – (724) 657-9390;

22. Representative from Pa. Dep. of Public Welfare – P.O. Box 2675, Harrisburg, Pa. 17105 – (717) 787-1870;

23. Jane Gadja, Director - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

24. Julie Jendrysik – Lawrence County Drug and Alcohol Commission – 25 North Mill Street, New Castle, Pennsylvania 16101 – (724) 658-5580;

25. Meghan McConahy - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

26. Eileen Bower – 902 Sankey Street, Apartment A, New Castle, Pa 16101 724-714-6963;

27. Kate Landman- parenting classes – Children's Advocacy Center – 1000 South Mercer Street, New Castle, Pa. 16101 – (724) 658-4688;

28. Chrissy Montague - Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, PA 16101. (724) 658-2558;

29. Terry Perkins -1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

30. Madeline Melidona - 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pa. (724) 658-9001;

31. Representative from Quest Diagnostics – 100 Northpoint Circle, Seven Springs, Pa. 16046 – (724) 778-0066;

APPENDIX "B"