IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN A. BOWER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:11-cv-00931-FM |
| v. | : | |
| LAWRENCE COUNTY CHILDREN AND YOUTH SERVICES | : | Electronically Filed |
| Defendant. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S WITNESS LIST**

Plaintiff Eileen Bower, by and through her undersigned counsel, submit the foregoing Witness List pursuant to this Court's October 8, 2013 Trial Scheduling Order in the above-captioned matter. Plaintiff reserves the right to call other witness to rebut the testimony or evidence presented by the Defendant during its case.

1. Eileen A. Bower, 902 Sankey Street, Apartment A, New Castle, Pennsylvania 16101; (724) 714-6963;

2. Dixie Duran, 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pennsylvania (724) 658-9001;

3. Aliscia Mickley, 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pennsylvania (724) 658-9001;

4. Kristine Fronius, 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pennsylvania (724) 658-9001;

1

5. Meghan McConahy, Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, Pennsylvania 16101. (724) 654-3277;

6. Beverly Brothers, 813 McCleary Avenue, New Castle, Pennsylvania 16101;

7. Terry Tucker (Brothers), 813 McCleary Avenue, New Castle, Pennsylvania 16101; (724) 654-3277;

8. Ruth Vettri, 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pennsylvania (724) 658-9001;

9. Amy Reiter, 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pennsylvania (724) 658-9001;

10. Leslie Ross, 1211 Wilmington Avenue, Jameson Memorial Hospital, New Castle, Pennsylvania (724) 658-9001;

11. Eva Lightel, Lawrence County Children and Youth Services, 1001 East Washington Street, New Castle, Pennsylvania 16101.

12. Alicia Craig, Human Service Center, 130 West North Street, New Castle, Pennsylvania 16101; (724) 658-3578.

13. Mark A. Matta, D.O., Human Service Center, 130 West North Street, New Castle, Pennsylvania; (724) 658-3578.

Respectfully submitted,

/s/ Stanley T. Booker
PA I.D. #93435
318 Highland Ave.
New Castle, PA 1610
(724) 302-9844
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EILEEN A. BOWER,** | : | **CIVIL ACTION NO.** |
| | : | **2:11-cv-00931-FM** |
| v. | : | |
| | : | |
| **LAWRENCE COUNTY CHILDREN** | : | **Electronically Filed** |
| **AND YOUTH SERVICES,** | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Plaintiff's Witness List was served this 13th day of January, 2014, via the Court's electronic transmission facilities pursuant to Fed. R. Civ. P. 5(b)(3) and Local Rule 5.5 upon the following:

Marie Milie Jones, Esquire
Jeffrey Cohen, Esquire
Jones Passodelis, PLLC
Gulf Tower, Suite 3510
707 Grant Street
Pittsburgh, PA 15219

/s/ Stanley T. Booker